IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA D. DICKERSON-SCOTT, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 10-cv-2815 |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | : |

## ORDER

AND NOW, this ___ of February, 2012, upon consideration of the parties' submissions in regards to Plaintiff's Motion in Support of Request for Review (Doc. 8),[1] and after careful review of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Doc. 11), as well as Defendant's Objections to the Report and Recommendation (Doc. 12), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation dated October 25, 2011, is hereby **APPROVED** and **ADOPTED**;
2. The Plaintiff's Request for Review is **GRANTED**; and
3. The matter shall be remanded to the Commissioner for further review consistent with the Report and Recommendation, and pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **REMANDED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] Plaintiff's request for review is titled "Motion for Summary Judgment."(Doc. 8).